UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY          08-CV-3047(JSR)
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS ANNUITY           **7.1 STATEMENT**
FUND, NEW YOR CITY DISTRICT COUNCIL, NEW
YORK CITY DISTRICT COUNCIL OF CARPENTERS
APPRENTICESHIP, JOURNEYMAN  RETRAINING,
EDUCATIONAL AND INDUSTRY FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS CHARITY
FUND, and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR-MANAGMEENT COOPERATION
FUND, by MICHAEL J. FORDE and PAUL O'BRIEN,
as TRUSTEES, and MICHAEL J. FORDE AS EXECUTIVE
SECRETARY-TREASURER, DISTRICT COUNCIL FOR
NEW YORK CITY AND VICINITY, UNITED
BROTHERHOOD OF CARPENTERS AND JOINDERS OF
AMERICA,

                          Plaintiffs,

        -against-

S&G FLOORING, INC.,

                          Defendant.
-------------------------------------------------------------------------X


        Pursuant to Rule 7.1 of the F.R.C.P. and to enable judges and magistrate judges of the

court to evaluate possible disqualification or recusal, the undersigned counsel of record for

defendant, S&G FLOORING, INC. states that there are no parent corporations or any

publicly held corporation which owns 10% or more of the stock of S&G FLOORING, INC.

Dated: Lake Success, New York
        May 28, 2008

/s/ _____

Joseph Labuda
Milman Labuda Law Group PLLC
Attorneys for Defendant
3000 Marcus Avenue, Suite 3W3
Lake Success, NY 11042
(516) 328-8899

TO:    O'DWYER & BERNSTEIN, LLP
       Attorneys for Plaintiffs
       52 Duane Street, 5th Floor
       New York, New York 10007
       (212) 571-7100