07/31/2008 12:26 FAX 2125717124   ODB-FAX                        ☒002/002

Case 1:08-cv-03047-JSR   Document 10   Filed 08/01/2008   Page 1 of 1
Case 1:08-cv-03047-JSR   Document 9    Filed 07/31/2008   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS ANNUITY
FUND, NEW YOR CITY DISTRICT COUNCIL, NEW
YORK CITY DISTRICT COUNCIL OF CARPENTERS
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS CHARITY
FUND, and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR-MANAGMEENT COOPERATION
FUND, by MICHAEL J. FORDE and PAUL O'BRIEN,
as TRUSTEES, and MICHAEL J. FORDE AS EXECUTIVE
SECRETARY-TREASURER, DISTRICT COUNCIL FOR
NEW YORK CITY AND VICINITY, UNITED
BROTHERHOOD CARPENTERS AND JOINDERS OF
AMERICA,

08-CV-3047(JSR)

**STIPULATION**

Plaintiffs,

S&G FLOORING, INC.,

Defendant.
----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-1-08

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel for all the parties herein, that this action has been settled and is hereby dismissed with prejudice, without costs to any party against any other. This Stipulation may be filed with the Court without further notice to any party.

Dated: July 15, 2008
Lake Success, New York

For the Plaintiffs:
O'DWYERS & BERNSTEIN, LLP

By: _____
Andrew Grabois, Esq.
52 Duane Street, 5th Floor
New York, New York 10007
(212) 571-7100

For the Defendant:
MILMAN LABUDA LAW GROUP PLLC

By: _____
Joseph M. Labuda, Esq.
3000 Marcus Avenue, Ste. 3W3
Lake Success, New York 11042
(516) 328-8899

SO ORDERED:

_____
Honorable Jed S. Rakoff

7-31-08